UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
OLENA KHAMIS and ZURAB
POTSKHVERASHIVILI, on behalf of
themselves and all others similarly
situated,

                Plaintiffs,                  JUDGMENT
                                             20-CV-5156 (WFK) (PK)

                -against-

NATIONWIDE CREDIT, INC.,

                Defendant.
------------------------------------------------------------ X

        A Decision and Order of Honorable William F. Kuntz, II, United States District Judge, having been filed on November 8, 2021, granting Defendant's motion to dismiss in its entirety; it is

        ORDERED and ADJUDGED that Defendant's motion to dismiss is granted in its entirety.

Dated: Brooklyn, NY                                          Douglas C. Palmer
         November 8, 2021                                Clerk of Court

                                                        By: */s/Jalitza Poveda*
                                                              Deputy Clerk